No. 04–698. SCHAFFER, A MINOR, BY HIS PARENTS AND NEXT FRIENDS, SCHAFFER ET VIR, ET AL. *v.* WEAST, SUPERINTENDENT, MONTGOMERY COUNTY PUBLIC SCHOOLS, ET AL. C. A. 4th Cir. [Certiorari granted, 543 U. S. 1145.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1084. GONZALES, ATTORNEY GENERAL, ET AL. *v.* O CENTRO ESPIRITA BENEFICENTE UNIAO DO VEGETAL ET AL. C. A. 10th Cir. [Certiorari granted, 544 U. S. 973.] Motion of respondents to strike portions of petitioners' brief on the merits denied.

No. 04–1144. AYOTTE, ATTORNEY GENERAL OF NEW HAMPSHIRE *v.* PLANNED PARENTHOOD OF NORTHERN NEW ENGLAND ET AL. C. A. 1st Cir. [Certiorari granted, 544 U. S. 1048.] Motion of Alan Ernest to represent children unborn and born alive denied.

No. 04–1186. WACHOVIA BANK, NATIONAL ASSN. *v.* SCHMIDT ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 1113.] Motion of the parties to dispense with printing the joint appendix granted. JUSTICE THOMAS took no part in the consideration or decision of this motion.

No. 04–1244. SCHEIDLER ET AL. *v.* NATIONAL ORGANIZATION FOR WOMEN, INC.; and
No. 04–1352. OPERATION RESCUE *v.* NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. C. A. 7th Cir. [Certiorari granted, *ante,* p. 1151.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 03–10045. COULTER *v.* ILLINOIS, *ante,* p. 1127;
No. 04–108. KELO ET AL. *v.* CITY OF NEW LONDON, CONNECTICUT, ET AL., *ante,* p. 469;
No. 04–169. GRAHAM COUNTY SOIL & WATER CONSERVATION DISTRICT ET AL. *v.* UNITED STATES EX REL. WILSON, *ante,* p. 409;
No. 04–514. BELL, WARDEN *v.* THOMPSON, *ante,* p. 794;
No. 04–563. MAYLE, WARDEN *v.* FELIX, *ante,* p. 644;
No. 04–603. GRABLE & SONS METAL PRODUCTS, INC. *v.* DARUE ENGINEERING & MANUFACTURING, *ante,* p. 308;

No. 04–1379.  MORENO IVANOVA, INDIVIDUALLY AND AS EXEC-
UTOR OF THE ESTATE OF MORENO REYES v. COLUMBIA PICTURES
INDUSTRIES, INC., *ante*, p. 1115;

No. 04–6506.  REYNOLDS v. WHITE, WARDEN, 543 U. S. 1008;

No. 04–6626.  ROBREDO v. PALISADES MEDICAL CENTER, NEW
YORK PRESBYTERIAN HEALTHCARE SYSTEM, 543 U. S. 982;

No. 04–8414.  FRATTA v. TEXAS, *ante*, p. 1105;

No. 04–8861.  WRIGHT v. MITCHEM, WARDEN, ET AL., *ante*,
p. 1152;

No. 04–8869.  WARD v. UNITED STATES, *ante*, p. 1105;

No. 04–9018.  WITHERSPOON v. DRETKE, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITU-
TIONS DIVISION, 544 U. S. 1036;

No. 04–9091.  HORNE v. SMITH, WARDEN, 544 U. S. 1038;

No. 04–9145.  MUNAWWAR v. WOODWEST REALTY, 544 U. S.
1039;

No. 04–9413.  PEOPLES v. CAMPBELL, COMMISSIONER, ALA-
BAMA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1142;

No. 04–9500.  BRAMWELL v. COMPTON, WARDEN, 544 U. S.
1025;

No. 04–9553.  STEPHENS v. CRIST, ATTORNEY GENERAL OF
FLORIDA, ET AL., *ante*, p. 1117;

No. 04–9581.  KESELICA v. STOUFFER, WARDEN, ET AL., *ante*,
p. 1107;

No. 04–9602.  TODD v. TODD, *ante*, p. 1118;

No. 04–9607.  PETWAY v. VIRGINIA ET AL., *ante*, p. 1107;

No. 04–9630.  CALDWELL v. UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, *ante*, p. 1119;

No. 04–9643.  TAYLOR v. RYAN, ACTING WARDEN, *ante*, p. 1119;

No. 04–9645.  MARINO v. TEXAS, *ante*, p. 1119;

No. 04–9706.  SMITH v. AKERLIND, *ante*, p. 1131;

No. 04–9718.  CARLESS v. BERGHUIS, WARDEN, *ante*, p. 1131;

No. 04–9730.  IN RE SIMMONS-GOFF, *ante*, p. 1126;

No. 04–9735.  WELLS v. 19TH JUDICIAL DISTRICT COURT OF
LOUISIANA ET AL., *ante*, p. 1132;

No. 04–9773.  ENGRAM v. ARKANSAS, *ante*, p. 1142;

No. 04–9840.  ORTEGA v. CALIFORNIA ET AL., *ante*, p. 1144;

No. 04–9863.  RUDDICK v. UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, *ante*, p. 1145;

No. 04–9925.  LUCERO v. UNITED STATES, *ante*, p. 1109;

No. 04–9961.  IN RE PRICE, 544 U. S. 1059;

No. 04–9978.  BLACKERT v. FLORIDA, *ante*, p. 1146;

No. 04–9982.  STEINMETZ v. UNITED STATES, *ante*, p. 1109;

No. 04–10065.  CARTER v. TEXAS DEPARTMENT OF HEALTH ET AL., *ante*, p. 1146;

No. 04–10113.  BERRY v. PAINTER, WARDEN, ET AL., *ante*, p. 1133;

No. 04–10123.  FARMER v. POWERS, WARDEN, ET AL., *ante*, p. 1146;

No. 04–10130.  HOWARD v. WEST VIRGINIA, *ante*, p. 1146;

No. 04–10179.  PALACIOS v. UNITED STATES, *ante*, p. 1123;

No. 04–10259.  HARRISON, AKA GREEN v. UNITED STATES, *ante*, p. 1137;

No. 04–10350.  INTROCASO v. UNITED STATES, *ante*, p. 1148; and

No. 04–10352.  HAMILTON v. UNITED STATES, *ante*, p. 1148. Petitions for rehearing denied.

No. 04–1367.  CINTRON PARRILLA ET VIR v. ELI LILLY INDUSTRIES, INC., ET AL., *ante*, p. 1123.  Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

## AUGUST 23, 2005

No. 04–10166 (05A170).  SHIELDS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.

## AUGUST 26, 2005

No. 05–5572 (05A169).  JACKSON v. TRUE, WARDEN.  Sup. Ct. Va.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

## AUGUST 30, 2005

No. 05A206.  JOHNSTON v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Application for